JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERTO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-09-276 JAM |
| Plaintiff, | STIPULATION AND CONTINUING STATUS CONFERENCE |
| v. | |
| MARTIN NEVAREZ, et al, | Judge: Honorable John A. Mendez |
| Defendants. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Heiko P. Coppola, Assistant United States Attorney, together with counsel for defendant Roberto Rodriguez, John R. Manning, Esq., counsel for defendant Martin Nevarez, Caro Marks, Esq., counsel for defendant Jose Lozano-Lopez, Hayes H. Gable, Esq., counsel for defendant Antonio Baldenegro, Dina L. Santos, Esq., counsel for defendant Jose Gutierrez, Michael B. Bigelow, Esq., counsel for defendant Jesus Sandoval, Clemente M. Jimenez, Esq., and counsel for defendant Manuel Castro, Michael L. Chastaine, Esq., that the status conference presently set for August 25, 2009 be **continued to October 20, 2009, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically counsel needs more time to review discovery) and

1

PDF created with pdfFactory trial version www.pdffactory.com

Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, October 20, 2009.

IT IS SO STIPULATED.

Dated: August 24, 2009                              /s/  John R. Manning
                                                    JOHN R. MANNING
                                                    Attorney for Defendant
                                                    Roberto Rodriguez

Dated: August 24, 2009                              /s/  Caro Marks
                                                    CARO MARKS
                                                    Attorney for Defendant
                                                    Martin Nevarez

Dated: August 24, 2009                              /s/  Hayes H. Gable
                                                    HAYES H. GABLE
                                                    Attorney for Defendant
                                                    Jose Lozano-Lopez

Dated: August 24, 2009                              /s/  Dina L. Santos
                                                    DINA L. SANTOS
                                                    Attorney for Defendant
                                                    Antonio Baldenegro

Dated: August 24, 2009                              /s/  Michael B. Bigelow
                                                    MICHAEL B. BIGELOW
                                                    Attorney for Defendant
                                                    Jose Gutierrez

Dated: August 24, 2009                              /s/  Clemente M. Jimenez
                                                    CLEM ENTE M. JIMENEZ
                                                    Attorney for Defendant
                                                    Jesus Sandoval

Dated: August 24, 2009                              /s/  Michael L. Chastaine
                                                    MICHAEL L. CHASTAINE
                                                    Attorney for Defendant
                                                    Manuel Castro

Dated: August 24, 2009                              Lawrence Brown
                                                    Acting United States Attorney

                                              by:   /s/ Heiko P. Coppola
                                                    HEIKO P. COPPOLA
                                                    Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERTO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )   No. CR-S-09-0276 JAM
                                         )
       Plaintiff,                        )
                                         )   ORDER TO
                                         )   CONTINUE STATUS CONFERNCE
v.                                       )
                                         )
MARTIN NEVAREZ, et al,                   )
                                         )
       Defendants.                       )
_____)

GOOD CAUSE APPEARING, it is hereby ordered that the August 25, 2009 status conference be continued to October 20, 2009 at 9:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to October 20, 2009.

IT IS SO ORDERED.
Dated:  8/24/2009                        /s/ John A. Mendez
                                         John A. Mendez
                                         United States District Court Judge

3

PDF created with pdfFactory trial version www.pdffactory.com