HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988

Attorney for Defendant
JOSE LOZANO-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **MARTIN NEVAREZ, et al.**, <br><br> Defendant(s). | Cr. S-09-276 JAM <br><br> **STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** <br><br> Hon. John A. Mendez |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Heiko P. Coppola, Assistant United States Attorney, together with counsel for defendant Roberto Rodriguez, John R. Manning, Esq., counsel for defendant Martin Nevarez, Caro Marks, Esq., counsel for defendant Jose Lozano-Lopez, Hayes H. Gable, Esq., counsel for defendant Antonio Baldenegro, Dina L. Santos, Esq., counsel for defendant Jose Gutierrez, Michael B. Bigelow, Esq., and counsel for defendant Jesus Sandoval, Clemente M. Jimenez, Esq., that the status conference presently set for April 6, 2010, be continued to May 11, 2010, at 9:30 a.m., for further status conference.

The reason for this continuance is that the defendants have recently received plea agreements

and require additional time to review discovery as it relates to the agreements and review same with their clients.  The parties further agree and stipulate that the period for the filing of this stipulation until May 11, 2010, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.

It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: April 1, 2010 /s/ John R. Manning  
JOHN R. MANNING  
Attorney for Defendant  
Roberto Rodriguez

Dated: April 1, 2010 /s/ Caro Marks  
CARO MARKS  
Attorney for Defendant  
Martin Nevarez

Dated: April 1, 2010 /s/ Hayes H. Gable III  
HAYES H. GABLE III  
Attorney for Defendant  
Jose Lozano-Lopez

Dated: April 1, 2010 /s/ Dina L. Santos  
DINA L. SANTOS  
Attorney for Defendant  
Antonio Baldenegro

Dated: April 1, 2010 /s/ Michael B. Bigelow  
MICHAEL B. BIGELOW  
Attorney for Defendant  
Jose Gutierrez

Dated: April 1, 2010 /s/ Clemente M. Jimenez  
CLEMENTE M. JIMENEZ  
Attorney for Defendant  
Jesus Sandoval

Dated: April 1, 2010 BENJAMIN B. WAGNER  
United States Attorney  
by: /s/ Heiko P. Coppola  
HEIKO P. COPPOLA  
Assistant U.S. Attorney

### ORDER FINDING EXCLUDABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to May 11, 2010. The court finds excludable time in this matter from the date of filing of this order through May 11, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: April 2, 2010

/s/ John A. Mendez
**HON. JOHN A. MENDEZ**
U.S. District Court Judge