JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERTO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-09-276 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| | ) ORDER CONTINUING STATUS |
| v. | ) CONFERENCE |
| | ) |
| MARTIN NEVAREZ, et al, | ) |
| | ) Judge: Honorable John A. Mendez |
| Defendants. | ) |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Heiko P. Coppola, Assistant United States Attorney, together with counsel for defendant Roberto Rodriguez, John R. Manning, Esq., counsel for defendant Martin Nevarez, Caro Marks, Esq., counsel for defendant Jose Lozano-Lopez, Hayes H. Gable, Esq., counsel for defendant Antonio Baldenegro, Dina L. Santos, Esq., counsel for defendant Jose Gutierrez, Michael B. Bigelow, Esq., and counsel for defendant Jesus Sandoval, Clemente M. Jimenez, Esq., that the status conference presently set for May 11, 2010 be **continued to June 15, 2010, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Defense counsel require additional time to review discovery as it relates to the plea agreements provided by the government, review those plea agreements with the defendants and perform additional investigation. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the

1

defendants and the public in a speedy trial.  18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, June 15, 2010.

IT IS SO STIPULATED.

Dated: May 7, 2010                            /s/  John R. Manning
                                              JOHN R. MANNING
                                              Attorney for Defendant
                                              Roberto Rodriguez

Dated: May 7, 2010                            /s/  Caro Marks
                                              CARO MARKS
                                              Attorney for Defendant
                                              Martin Nevarez

Dated: May 7, 2010                            /s/  Hayes H. Gable
                                              HAYES H. GABLE
                                              Attorney for Defendant
                                              Jose Lozano-Lopez

Dated: May 7, 2010                            /s/  Dina L. Santos
                                              DINA L. SANTOS
                                              Attorney for Defendant
                                              Antonio Baldenegro

Dated: May 7, 2010                            /s/  Michael B. Bigelow
                                              MICHAEL B. BIGELOW
                                              Attorney for Defendant
                                              Jose Gutierrez

Dated: May 7, 2010                            /s/  Clemente M. Jimenez
                                              CLEM ENTE M. JIMENEZ
                                              Attorney for Defendant
                                              Jesus Sandoval

Dated: May 7, 2010                            Lawrence Brown
                                              Acting United States Attorney

                                    by:       /s/ Heiko P. Coppola
                                              HEIKO P. COPPOLA
                                              Assistant U.S. Attorney

2

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ROBERTO RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARTIN NEVAREZ, et al,

    Defendants.

No. CR-S-09-0276 JAM

ORDER TO
CONTINUE STATUS CONFERNCE

GOOD CAUSE APPEARING, it is hereby ordered that the May 11, 2010 status conference be continued to June 15, 2010 at 9:30 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161(h)(7)(A) and Local Code T4 from the date of this order to June 15, 2010.

IT IS SO ORDERED.
Dated: May 7, 2010                      /s/ John A. Mendez
                                          John A. Mendez
                                          United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com