CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
JESUS SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS SANDOVAL, et al.,<br><br>Defendants. | Case No.: 09-276 JAM<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   June 15, 2010<br>TIME:    9:30 a.m.<br>JUDGE:  Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Heiko Coppola, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant JESUS SANDOVAL, Michael Chastaine, Counsel for Defendant MANUEL CASTRO, John Manning, Counsel for Defendant ROBERTO RODRIGUEZ, Hayes Gable, Counsel for Defendant JOSE LOZANO LOPEZ, Michael Bigelow, Counsel for Defendant JOSE GUTIERREZ, and Caro Marks, Counsel for Defendant MARTIN NEVAREZ, that the status conference scheduled for June 15, 2010, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on August 3, 2010, at 9:30 a.m. for further status conference.

Defense counsel seek additional time to prepare and confer with their respective clients.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),

09cr276.o.61410.doc
06/14/10
- 1 -
PDF created with pdfFactory trial version www.pdffactory.com

1  (Local code T-4), and that the ends of justice served in granting the continuance and
2  allowing the defendants further time to prepare outweigh the best interests of the public
3  and the defendant to a speedy trial.
4
5  DATED:   June 11, 2010                    /S/     Heiko Coppola_____
                                              HEIKO COPPOLA
6                                             Attorney for Plaintiff
7
8                                             /S/     Clemente M. Jiménez_____
                                              CLEMENTE M. JIMÉNEZ
9                                             Attorney for Jesus Sandoval
10
11
                                              /S/     John Manning_____
12                                            JOHN MANNING
13                                            Attorney for Manuel Castro
14
15                                            /S/     Hayes Gable_____
                                              HAYES GABLE
16                                            Attorney for Jose Lozano Lopez
17
                                              /S/     Michael Bigelow_____
18                                            MICHAEL BIGELOW
19                                            Attorney for Jose Gutierrez
20
21                                            /S/     Caro Marks_____
                                              CARO MARKS
22                                            Attorney for Martin Nevarez
23
24
25
26
27
28

09cr276.o.61410.doc                    - 2 -
06/14/10
PDF created with pdfFactory trial version www.pdffactory.com

- 3 -

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for June 15, 2010, at 9:30 a.m., be vacated and the matter continued to August 3, 2010, at 9:30 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 14th day of June, 2010

                /s/ John A. Mendez_____
                HON. JOHN A. MENDEZ
                United States District Judge