DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MARTIN NEVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>     v.                           )<br>                                  )<br>MARTIN NEVAREZ,                   )<br>                                  )<br>            Defendant.            )<br>_____ ) | NO. CR.S-09-276-JAM<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: June 22, 2010<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for MARTIN NEVAREZ, that the status conference hearing date of June 15, 2010 be vacated, and the matter be set for status conference and entry of plea on June 22, 2010 at 9:30 a.m.

    The reason for this continuance is that the parties need an additional week to confer on certain terms of the plea agreement, and to make the corresponding changes in it.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 22, 2010 pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: June 14, 2010.                    Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender


/s/ Caro Marks
CARO MARKS
Designated Counsel for Service
Attorney for MARTIN NEVAREZ


DATED: June 14, 2010.                    BENJAMIN WAGNER
                                         United States Attorney


/s/ Caro Marks for
HEIKO COPPOLA
Assistant U.S. Attorney
Attorney for Plaintiff


ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 15, 2010, status conference hearing be continued to June 22, 2010, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the June 22, 2010 status conference shall be excluded from computation of time within which the

2

1  trial of this matter must be commenced under the Speedy Trial Act
2  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,
3  to allow defense counsel reasonable time to prepare.
4  Dated: June 14, 2010

　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　United States District Judge

3