DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MARTIN NEVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-09-276-JAM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **AMENDED STIPULATION AND ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| MARTIN NEVAREZ, | ) | |
| | ) | Date: July 13, 2010 |
| Defendant. | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for MARTIN NEVAREZ, that the status conference hearing date of June 22, 2010 be vacated, and the matter be set for status conference and entry of plea on July 13, 2010 at 9:30 a.m.

The reason for this continuance is that the parties need approval for their resolution of the case, and the supervising attorneys are unavailable until the end of June. After approval is sought, the defense needs time to review the terms of the plea agreement with the

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

this order through and including July 13, 2010 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  June 21, 2010.               Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Public Defender


                                     /s/ Caro Marks
                                     CARO MARKS
                                     Designated Counsel for Service
                                     Attorney for MARTIN NEVAREZ

DATED:  June 21, 2010.               BENJAMIN WAGNER
                                     United States Attorney


                                     /s/ Caro Marks for
                                     HEIKO COPPOLA
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff


ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 22, 2010, status conference hearing be continued to July 13, 2010, at 9:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the July 13, 2010 status

conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: June 21,2010

                                    /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge